**Opinion issued April 14, 2015**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-15-00289-CR

—————————————

## VICTOR CUA, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the County Criminal Court at Law No. 12**
**Harris County, Texas**
**Trial Court Cause No. 1945086**

---

### MEMORANDUM OPINION

Appellant, Victor Cua, has filed a motion to dismiss his appeal in compliance with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). Although there is no certificate of conference, the motion contains a certificate of service on appellee and has been on file with the Court for more than

10 days, and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2). We have not issued a decision in the appeal. *See* TEX. R. APP. P. 42.2(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Massengale.

Do not publish. TEX. R. APP. P. 47.2(b).